IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-01012-CNS-JPO | Date: February 26, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| JME INVESTMENTS LLC<br>HIWAY BAR LLC<br>**Plaintiffs** | *Patrick Sweet* |
| v. | |
| WESTFIELD INSURANCE COMPANY<br>**Defendant** | *Jeremy Lacks* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  1:29 p.m.

Appearance of counsel.

Argument as to [65] Defendant's Motion to Strike Plaintiffs' First Supplemental Expert Disclosures and [72] Defendant's Motion for Leave to File Amended Answer with Counterclaims given by Mr. Lacks and Mr. Sweet with questions from the Court.

As outlined on the record it is

**ORDERED:**  **[65] Defendant's Motion to Strike Plaintiffs' First Supplemental Expert Disclosures is GRANTED.**

**[72] Defendant's Motion for Leave to File Amended Answer with Counterclaims is GRANTED. Defendant has until February 28, 2024, to file the Amended Answer.**

**Plaintiff is allowed limited discovery as to counterclaims.**

**ORDERED:** **The Magistrate Judge is to hold a modified scheduling conference to reset deadlines.**

Court in Recess:  2:21 p.m.          Hearing concluded.          Total time in Court:  00:52