# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No.: 1:22-cv-01012-CNS-TPO

JME INVESTMENTS, LLC, a Colorado Limited Liability Company, and HIWAY BAR, LLC, a Colorado Limited Liability Company,

     Plaintiffs,

     v.

WESTFIELD INSURANCE COMPANY, an Ohio Corporation,

     Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(1)(a)(ii), Plaintiffs JME Investments, LLC and Hiway Bar, LLC and Defendant Westfield Insurance Company, by and through their undersigned attorneys, hereby stipulate to the voluntary dismissal of all claims, counterclaims, and parties to the above-captioned action with prejudice, with the parties to bear their own attorneys' fees and costs.

Respectfully submitted this 24th day of July 2025:

| | |
|---|---|
| *s/ Michael N. Poli* | *s/ Jeremy R. Lacks* |
| Patrick M. Sweet | John J. Haggerty |
| BURG SIMPSON | James C. Clark |
| ELDREDGE HERSH & JARDINE, P.C. | Jeremy R. Lacks |
| 40 Inverness Drive East | FOX ROTHSCHILD LLP |
| Englewood, CO 80112 | 2800 Kelly Road, Suite 200 |
| psweet@burgsimpson.com | Warrington, PA 18976 |
| | Telephone:  (215) 345-7500 |
| Michael N. Poli | jhaggerty@foxrothschild.com |
| Lawrence R. Moon | jclark@foxrothschild.com |
| POLI, MOON & ZANE, PLLC | jlacks@foxrothschild.com |
| 2999 N. 44th Street, Suite 325 | *Attorney for Defendant Westfield Ins. Co.* |
| Phoenix, AZ 85018 | |
| mpoli@pmzlaw.com | |
| lmoon@pmzlaw.com | |
| *Attorneys for Plaintiffs* | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 24th day of July 2025, a true and correct copy of this document was filed with the Court and served on counsel for Defendant via CM/ECF.


*/s/ Emily Piontkowski*